**Mario Aurelio RAMIREZ–RAMIREZ,
Petitioner,**

v.

**John ASHCROFT, Attorney
General, Respondent.**

No. 02–73376.

United States Court of Appeals,
Ninth Circuit.

Filed July 7, 2004.

Carlos A. Cruz, Law Offices of Carlos A.
Cruz, Los Angeles, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA,
CAC–District Counsel, Los Angeles, CA,
Ronald E. LeFevre, Chief Legal Officer,
San Francisco, CA, OIL, Jocelyn Lopez
Wright, Washington, DC, for Respondent.

Before: PREGERSON, BEEZER, and
TALLMAN, Circuit Judges.

**ORDER**

A majority of the panel has voted to
deny the petition for panel rehearing.
Judge Pregerson voted to grant the peti-
tion for rehearing en banc, Judge Tallman
voted to deny the petition for rehearing en
banc and Judge Beezer so recommends.

The full court has been advised of the
petition for rehearing en banc and no
judge has requested a vote to rehear the
matter en banc. Fed. R.App. P. 35.

The mandate shall issue seven days af-
ter entry of this order in accordance with
Federal Rule of Appellate Procedure 41(b).

The petition for panel rehearing and the
petition for rehearing en banc are **DE-
NIED.**

BEEZER, Circuit Judge, concurring in
part and dissenting in part:

I concur in the order of the court except
I would direct the clerk to issue the man-
date forthwith. We lack jurisdiction to
consider the pending petition and there
never was any probability of success on
the merits which would support a stay.
*See Mariscal–Sandoval v. Ashcroft,* 370
F.3d 851, 856–60 (9th Cir.2004) (Beezer, J.,
concurring).

2